IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. LAWRENCE ROBINSON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | No. 10-1277 |
| Defendants. | : | |

## ORDER

AND NOW, this **17th** day of **August, 2011**, upon consideration of Defendants' Motion for Summary Judgment, Plaintiff's Opposition thereto, and for the reasons stated in the Court's Memorandum dated August 17, 2011, it is hereby **ORDERED** that:

1. Defendants' motion (Document No. 33) is **GRANTED in part and DENIED in part**, as follows:

    a. The motion is **DENIED** as to Count III of the Amended Complaint.

    b. The motion is **GRANTED** as to Count IV of the Amended Complaint, which is **DISMISSED**.

    c. The motion is **GRANTED** with respect to the age discrimination claims in Count V of the Amended Complaint, which are **DISMISSED**.

    d. The motion is **DENIED** with respect to the race discrimination claims in Count V of the Amended Complaint.

    e. The motion is **GRANTED** as to Count VI of the Amended Complaint, which is **DISMISSED**.

2.  John Doe 1 and Jane Doe 1 are **DISMISSED** as defendants.

BY THE COURT:

_____
Berle M. Schiller, J.



ENTERED
CLERK OF COURT

2